UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

|  |  |
|---|---|
|  | CHAPTER 13 |
| **Jo-Ann Zaccarelli** | CASE NO. 26-70124-543 |

                     Debtor(s).          **ORDER**
-----------------------------------------------------X

Upon the motion of the Trustee dated February 25, 2026 to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed,  [ECF No 19], and the motion having been adjourned without hearing to from March 19, 2026 to April 16, 2026 at 10:00 a.m, and no opposition or responsive pleadings having been filed by the Debtor, and a hearing on the motion having been held before the Honorable Sheryl P. Giugliano on the 16th day of APRIL, 2026, at 10:00 a.m., E.T., the transcript of which is incorporated herein by reference, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and  Jo-Ann Zaccarelli, Debtor, having appeared in opposition to the motion, and the motion having been adequately served upon the necessary parties, as set forth in the affidavit of service filed with the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and sufficient cause having been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Central Islip, New York

    April 24, 2026

_____
Sheryl P. Giugliano
United States Bankruptcy Judge